UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICYN CATHEY, on behalf of herself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEDISA LLC<br><br>Defendants. | Case No. 1:26-cv-06456-KES-EPG<br><br>STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT<br><br>(ECF No. 8). |

Plaintiff Alicyn Cathey ("Plaintiff") and Defendant Ledisa LLC ("Defendant", and together with Plaintiff, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

A. Plaintiff filed her Class Action Complaint ("Complaint") in this action on August 13, 2026.

B. Defendant is currently required to answer or otherwise respond to the Complaint. The Parties have agreed to extend the time for Defendant to answer or otherwise respond to the Complaint to and including **October 15, 2026**.

C. This is Defendant's first request for an extension of time to respond to the Complaint. No prior extensions of time have been granted in this action.

D. No Party will be prejudiced by the requested extension of time.

E. The Parties respectfully request that the Court enter the accompanying Proposed Order granting the extension of time as set forth herein

F. This Stipulation is signed by counsel for all parties to the action.

It is therefore STIPULATED and AGREED that:

1. Defendant shall have up to and including October 15, 2026 to answer or otherwise respond to the Complaint.

It is so STIPULATED.

DATED: October 2, 2026

**KALIELGOLD PLLC**

By: */s/ Sophia Gold* (as authorized on 10/01/2026)

Sophia G. Gold (SBN 307971)
Kaliel Gold PLLC
490 43rd Street, No. 122
Oakland, California 94609
Telephone: (202) 350-4783
Email: sgold@kalielgold.com
*Attorneys for Plaintiff and the Putative Class*

DATED: October 2, 2026

**FOX ROTHSCHILD LLP**

By: */s/ Jack Praetzellis*

Jack Praetzellis (SBN 267765)
Fox Rothschild LLP
345 California Street, Suite 2200
San Francisco, CA 994104
Telephone: (415)364-5540
Email: jpraetzellis@foxrothschild.com
*Attorneys for Defendant Ledisa LLC*

ORDER

Upon review and consideration of the stipulation of the parties, and good cause appearing, the Court shall grant an extension of time for defendant Ledisa, LLC. to answer or otherwise respond to the Complaint. Such a response is due no later than October 15, 2026**.**

IT IS SO ORDERED.

Dated: **October 4, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE